# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Kenyatta Kamar Jones<br>DEFENDANT(S). | CASE NUMBER<br><br>MJ 23-05171<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>the parties</u>, IT IS ORDERED that a detention hearing is set for <u>October 27, 2023</u>, _____, at <u>1:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>640 (Roybal)</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>October 24, 2023</u>

*/s/ Steve Kim*
Steve Kim, U.S. Magistrate Judge